**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ANTHONY CAROPRESO et al.,**

               **Plaintiffs,**         **1:10-cv-366**
                                                 **(GLS/CFH)**

     **v.**

**EDWARD F. CRUMB,**

               **Defendant.**
_____

## WARRANT FOR CIVIL ARREST

This matter having been brought on by the court's order of April 30, 2018, (Dkt. No. 28), which compelled defendant Edward F. Crumb to show cause why, among other things, he should not be held in civil contempt for failure to comply with an order of the court, issued January 13, 2016, requiring him to respond to plaintiffs' request for production of documents and submit to a deposition, (Dkt. No. 18); and

Crumb, having failed to show cause as required by this court's April 30, 2018 order, the court finds him in civil contempt of court.

Accordingly, it is hereby

**ORDERED** that Crumb is in civil contempt; and it is further

**ORDERED** that the United States Marshal in and for the Northern

District of New York or his deputy shall take into custody the person of **EDWARD F. CRUMB** and bring him before this court without undue delay or, if the court so directs, the nearest available United States District Judge or United States Magistrate Judge, there to receive and abide further direction of this court; and it is further

    **ORDERED** that this Order shall have the same force and effect as an arrest warrant.

**IT IS SO ORDERED.**

June 5, 2018  
Albany, New York

_Gary L. Sharpe_  
Gary L. Sharpe  
U.S. District Judge